IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL P.[1],

        Plaintiff,

    v.

COMMISSIONER,

Social Security Administration,

        Defendant.

:

:

:

Case No. 3:25-cv-81

JUDGE WALTER H. RICE

MAGISTRATE JUDGE
KIMBERLY A. JOLSON

---

DECISION AND ENTRY ADOPTING REPORT AND
RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE
(DOC. #15); THE DECISION OF DEFENDANT COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION, THAT PLAINTIFF MICHAEL
P. WAS NOT DISABLED, AND THEREFORE NOT ENTITLED TO
BENEFITS, UNDER THE SOCIAL SECURITY ACT IS AFFIRMED;
JUDGMENT SHALL ENTER IN FAVOR OF THE COMMISSIONER
AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

The Court has reviewed the February 12, 2026, Report and

Recommendations of Magistrate Judge Kimberly A. Jolson (Doc. #15), to whom

this case was referred pursuant to 28 U.S.C. § 636, and the administrative record,

including the decision by the  Administrative Law Judge ("ALJ") of the Defendant

Commissioner, Social Security Administration, that Plaintiff Michael P. is not

---

[1] "The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials." S.D. OHIO GEN. Order 22-01.

disabled under Sections 216 and 223 of the Social Security Act ("Act"). (Admin. Record, Doc. #7-2, PAGEID 54-55, citing 42 U.S.C. §§ 416(i), 423(d)). In the Report, the Magistrate Judge recommended that the Commissioner's non-disability finding be affirmed. (Doc. #15, PAGEID 2067). No objections to the Report were filed, and the time for doing so has passed. FED.R.CIV.P. 5(b)(1), 5(b)(2)(E), 6, 72(b)(2).

In light of the above, and finding the Report to be well taken, the Court ADOPTS the Report (Doc. #11). The Commissioner's decision that Plaintiff is not disabled is AFFIRMED. Judgment shall enter in favor of Plaintiff and against the Commissioner.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: February 27, 2026

_Walter H. Rice_

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

2